# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Angela Elaine Franklin; Gloria Diane Franklin; Zantene Franklin,<br>　　　Plaintiff(s),<br><br>vs<br>Christopher Jermaine Franklin; Demetrius Kinta Franklin; Janice Marie Franklin; Watkins Garrett Woods Funeral Home; Greenville Housing Authority; Tower East; Rest Haven; United Ministries; The Department of Housing and Urban Development; Greenville Summary Court,<br>　　　Defendant(s). | 6:19-cv-02348-RBH |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

☐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of

_____dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment

interest at the date of _____%,  along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover

costs from the plaintiff *(name)*_____.

✔ other: This case is dismissed  without prejudice and without issuance and service of process.

This action was  *(check one)*:
☐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

☐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable R. Bryan Harwell, Chief United States District Judge, who adopts the Report and Recommendation of United States Magistrate Judge Kevin F. McDonald.

　　　　　　　　　　　　　　　　　　　　　　　　　　Robin L. Blume
　　　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　　　By: s/Leah M. Suttles, Deputy Clerk

October 11, 2019